(No. 6442-

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, *vs.* STATE OF Illinois, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed April 18, 1972.*

INTERNATIONAL BUSINESS MACHINES CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.